```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARA MARTINEZ,                      :
                                    :
                Petitioner,         :   07 Civ. 4687 (VM)
                                    :
        - against -                 :        ORDER
                                    :
M.D. SUNDARAM RAVIKUMAR,            :
                                    :
                Respondent.         :
------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

Pro se Petitioner Mara Martinez ("Martinez") has applied for the Court to request counsel to represent him in this matter. The threshold consideration in ruling on such an application is the showing of some merit. See Cooper v. A. Sargenti Co., 877 F.2d 170, 172-74 (2d Cir. 1989). Martinez has not yet met this standard at this stage in the proceeding. If she can make such a showing at a later point, she may reapply for appointment of counsel at that time. Accordingly, it is hereby

**ORDERED** that the motion of petitioner Mara Martinez for appointment of counsel (Docket No. 16) is denied without prejudice.

**SO ORDERED.**

Dated:   New York, New York
         10 January 2008

                                        VICTOR MARRERO
                                          U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-10-08