UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARA MARTINEZ
          *Plaintiff*

07 CV 4687 (VM)(HBP)

-v-

NOTICE OF MOTION FOR
EXTENSION OF TIME

DR. SUNDARAM RAVIKUMAR, M.D.
          Defendant

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Mara Martinez, affirmed on December 21, 2007, and upon the pleadings herein, the plaintiff will move this court, before the Honorable Victor Marrero, United States District Judge, for an Order pursuant to Rule 6(b) of the Federal Rules of Civil Procedure granting me an extension of time in which to answer the Defendant's Motion for Dismissal. Plaintiff respectfully requests a minimum of thirty (30) days to answer said motion.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: Bedford Hills, NY
       December 21, 2007

APPLICATION GRANTED

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
1-11-08

Mara Martinez, Pro Se Plaintiff
Taconic Correctional Facility
250 Harris Road
Bedford Hills, New York
10507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-11-08