

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARY MARTINEZ,

                Plaintiff,                      07 CIVIL 4687 (VM)

      -against-                                  **JUDGMENT**

M.D. SUNDARAM RAVIKUMAR,

                Defendant.
-------------------------------------------------------------X

       The State having moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on February 22, 2008, having rendered its Decision and Order granting defendants' motion to dismiss the complaint, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated February 22, 2008, defendants' motion to dismiss the complaint is granted.

**Dated:** New York, New York
           February 22, 2008

                                                 **J. MICHAEL McMAHON**
                                                    Clerk of Court
                             BY:
                                                      **Deputy Clerk**

                        **THIS DOCUMENT WAS ENTERED
                        ON THE DOCKET ON** _____