UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARA MARTINEZ
        Plaintiff

-v-

DR. SUNDARAM RAVIKUMAR, M.D.
SUPERINTENDENT DOLORES THORNTON
        Defendant

07 CV 4687 (VM)(HBP)

*[Received stamp: CHAMBERS OF JUDGE MARRERO, MAR - 4 2008]*
*[Filed stamp: FEB 27 2008]*

---

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Mara Martinez, affirmed on February 23, 2008 and upon the pleadings herein, the Plaintiff respectfully submits this affirmation in response to the Defendant's Motion to Dismiss

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: Bedford Hills, NY
       February 23, 2008

*[signature]*

Mara Martinez, Pro Se Plaintiff
Taconic Correctional Facility
250 Harris Road
Bedford Hills, New York
10507

---

*[Handwritten order:]* Defendants are directed to respond by 3-28-08 to the submission of plaintiff herein, showing cause why this action should not be reopened at this time, rather than requiring the filing of a new action, in the light of plaintiff's documentation of the CORC ruling on 8-22-07.

**SO ORDERED:**
3-7-08
DATE      VICTOR MARRERO, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-7-08