

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

JUNE DUFFY
BUREAU CHIEF FOR LITIGATION

March 26, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-08
```

**BY MAIL**

Hon. Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street, Room 660
New York, NY 10007

Re:   *Martinez v. Ravikumar*, 07 CV 4687 (VM)(HBP)

Dear Judge Marrero:

Enclosed please find two courtesy copies of Defendants' Memorandum of Law in Opposition to Reinstatement of This Case (Submitted in Response to the Court's Order to Show Cause).

Respectfully,

Daniel Schulze
Assistant Attorney General
(212) 416-6557

cc.   Mara Martinez (by mail with service copy of enclosures)

---

Upon consideration of defendants' response to the Court's Order dated 3-7-08 to show cause why this case should not be reinstated, the Court concurs that the case should remain closed, essentially for the reasons stated in Defendants' Memorandum of Law in Opposition to Reinstatement of this Case, dated 3-26-08.

**SO ORDERED:**

3-31-08
DATE            VICTOR MARRERO, U.S.D.J.