# MANDATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

S.D.N.Y. - NYC
07-cv-4687
Marrero, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 30ᵗʰ day of June    , two thousand eight,

Present:

    Hon. Roger J. Miner,
    Hon. Joseph M. McLaughlin,
    Hon. José A. Cabranes,
        *Circuit Judges.*



Mara Martinez,

        *Plaintiff-Appellant,*

    v.

M.D. Sundaram Ravikumar,
Superintendent Dolores Thornton,

        *Defendants-Appellees.*

08-2068-pr

Appellant, *pro se,* moves for leave to proceed *in forma pauperis* ("IFP"). Upon due consideration, it is hereby ORDERED that the motion is DENIED as unnecessary because Appellant's IFP status was never revoked by the district court and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e). Appellant is not precluded from refiling her suit once she has exhausted her administrative remedies under 42 U.S.C. § 1997e(a). *See Berry v. Kerik*, 366 F.3d 85, 87 (2d Cir. 2003).

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

        By: _[signature]_

SAO-JW

        A TRUE COPY
        Catherine O'Hagan Wolfe, Clerk

        by _[signature]_
        DEPUTY CLERK

ISSUED AS MANDATE: 8/15/08